IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:15cr141 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| MARCO TREJO-HERNANDEZ, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on April 10, 2017 that counsel wishes the following exhibits held by the court in this matter be destroyed.

Defendant's Sentencing Exhibits for hearing held 12/03/2015

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: April 10, 2017

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15