IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 8:15CR141 |
| vs. | |
| MARCO TREJO-HERNANDEZ, | ORDER |
| Defendant. | |

Before the Court is the Request for Transcript for hearings held on June 3, 2015 [27], September 2, 2015 [59], and December 3, 2015 [79].

**IT IS ORDERED:**

1.     The request for transcript, filing [100], is granted.

2.     Marco Trejo-Hernandez, is ordered to pay to the Clerk the amount of $19.40 for the expedited preparation of the transcript of the Initial Appearance held on June 3, 2015. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $19.40, a refund check will be issued.

3.     Upon receipt of this fee, the Clerk's Office will assign a transcriber to prepare an expedited transcript of the hearing held on June 3, 2015. A paper copy of the transcript shall be mailed to the requestor.

4.     A transcript of the Change of Plea hearing held on September 2, 2015 has already been prepared (See filing no. 70). The cost of a copy of the transcript is $14.00. Marco Trejo-Hernandez is ordered to pay to the Clerk the amount of $14.00. Upon receipt of this amount, the Clerk is ordered to send a copy of Filing No. 70 to the defendant.

5.     The sentencing hearing held on December 3, 2015, was reported by Court Reporter Sue DeVetter, who will contact Marco Trejo-Hernandez regarding payment arrangements for said transcript.

6.     A paper copy of this order will be mailed to the requestor.

DATED: March 21, 2018

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge